UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DONALD WRAY                                                          PETITIONER

V.                                          CIVIL CASE NO. 5:26-cv-00517-DCB-BWR

WARDEN-VERGARA                                                      RESPONDENT
Adams County Detention Center

**ORDER**

This matter is before the Court *sua sponte*. In June 2026, Petitioner, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking his immediate release from United States Immigration and Customs Enforcement (ICE) detention. Petitioner, a native and citizen of Guyana, entered the United States illegally and was placed in removal proceedings, which resulted in a September 15, 2025 administratively final removal order. According to ICE's Online Detainee Locator System, Petitioner is no longer in ICE custody.[1]

IT IS THEREFORE ORDERED that, **on or before August 7, 2026,** Respondent shall inform the Court whether Petitioner is still detained.

SO ORDERED, this 27th day July 2026.

s/ *Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

---

[1] Locator.ice.gov (last visited July 27, 2026).